COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Stephen Hubbard v. The State of Texas

Appellate case number:   01-12-00480-CR

Trial court case number: 1334845

Trial court:             262nd District Court of Harris County

Appellant has filed a "Motion for Extension of Time to File Appellate Brief." Within that motion, the appellant requested a copy of any and all documents from the trial record needed to submit his response to the *Anders* brief, which the appellant has yet to file. Pursuant to *Kelly v. State*, No. PD-0702-13, 2014 WL 2865901, at *4 (Tex. Crim. App. June 25, 2014), we grant the appellant's request and order the Clerk of this Court to mail the Clerk's Record, the Reporter's Record in this appeal, and the Supplemental Clerk's Record.

Further, we order the appellant to file his response to the *Anders* brief, if any, within 30 days of the date of this order, with no further extensions permitted. Appellant is further notified that if he fails to submit such a response within 30 days of this order, the Court will decide the motion to withdraw without an *Anders* response.

It is so ORDERED.


Judge's signature:/s/ Laura C. Higley
                        ☒ Acting individually     ☐ Acting for the Court


Date: July 15, 2014